Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>GREGORY CUSICK,<br><br>              Defendant. | No.  6:17-MJ-00002-MJS<br><br>MOTION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

    The Unites States by and through its representative, Susan St. Vincent, legal officer for the National Park Service, hereby requests the Initial Appearance in the above-captioned matter set for February 1, 2017, be continued to March 22, 2017, at 10:00 a.m.  The Defendant reached out to the Legal Officer through private counsel to move this matter.  The Defendant will be able to make necessary arrangements for transportation for March 22, 2017, and the parties are in agreement with this Motion to Continue.

//

1

Dated:  January 25, 2017        /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

## ORDER

For good cause shown, the Court grants the above Motion and ORDERS that the February 1, 2017 initial appearance for U.S. v. Cusick, case number 6:17-mj-00002-MJS, be continued to March 22, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 27, 2017              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE